IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON ELROD**     **PLAINTIFF**
**ADC #160306**

v.     **Case No. 4:20-cv-00766-KGB**

**MAYHAN,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 4). Plaintiff Aaron Elrod has not filed objections, and the time for filing objections has passed. After a careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice Mr. Elrod's complaint for failure to state a federal claim for relief (Dkt. No. 2). Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

The Court grants Mr. Elrod's motion to clarify (Dkt. No. 5), and the Court directs the Clerk of Court to send to Mr. Elrod a copy of docket number three, which explains on page one and two payment of the filing fee in this case.

It is so ordered this 27th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge