IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON ELROD**  **PLAINTIFF**
**ADC #160306**

v.   Case No. 4:20-cv-00766-KGB

**MAYHAN**, *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Aaron Elrod's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge